IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA J. WARREN                              CIVIL NO.: 2:10-CV-3102-SU

    Plaintiff

    v.

COMMISSIONER of                              ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. §§ 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5660.02 and expenses in the amount of $18.96 for certified mailings be awarded to Plaintiff.

IT IS SO ORDERED this 25th day of May, 2012.

        /s/Patricia Sullivan
        PATRICIA SULLIVAN
        UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III    OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com